AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

CRAIG HATCH

                                                Chief Judge Yvette Kane

          v.                      CASE NUMBER: 1:05-CV-2050

PRUDENTIAL FINANCIAL, INC. D/b/a THE
PRUDENTIAL INS. CO. OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Defendant and against the Plaintiff on all counts.

**Date:** November 14, 2006                  **Mary E. D'Andrea, Clerk of Court**

                                                        **(By) Shawna L. Cihak, Deputy Clerk**